BETTY RAWLS, ADMINISTRATRIX (ESTATE OF
EARL RAWLS) *v.* LEO CIOCCA ET AL.
(AC 20819)

Lavery, C. J., and Dranginis and Flynn, Js.

Submitted on briefs March 2—officially released March 20, 2001

Per Curiam. The judgment is affirmed.

JOHN MICHAEL MAGUIRE *v.* KATHLEEN
JOAN MAGUIRE
(AC 20176)

Foti, Mihalakos and Daly, Js.

Argued February 28—officially released March 20, 2001

Per Curiam. The judgment is affirmed.

WILLIAM EVANS *v.* COMMISSIONER OF
CORRECTION
(AC 19690)

Lavery, C. J., and Spear and Daly, Js.

Argued February 26—officially released March 27, 2001

Per Curiam. The judgment is affirmed.